```
BLYTHE MICKELSON, Bar No. 095506
ROBERTA D. PERKINS, Bar No. 153074
WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501-1091
Telephone 510.337.1001
Fax 510.337.1023
```

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARPENTERS PENSION TRUST FUND FOR NORTHERN CALIFORNIA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>LAWSON MECHANICAL CONTRACTORS,<br><br>　　　　　　Defendant. | No.　　3:09-cv-01294 MHP<br><br>**STIPULATION FOR DISMISSAL OF ACTION**<br>[Fed. Rules Civ. Proc. Rule 41(a)] |

　　　Pursuant to the Settlement Agreement between the parties, it is hereby stipulated and agreed that this action can be dismissed in its entirety with prejudice.

Dated: September 11, 2009

　　　　　　　　　　　　　　　　　　WEINBERG, ROGER & ROSENFELD
　　　　　　　　　　　　　　　　　　A Professional Corporation


　　　　　　　　　　　　　　　　By:　  //s// Roberta D. Perkins
　　　　　　　　　　　　　　　　　　BLYTHE MICKELSON
　　　　　　　　　　　　　　　　　　ROBERTA D. PERKINS
　　　　　　　　　　　　　　　　　　Attorneys for Plaintiff
　　　　　　　　　　　　　　　　　　CARPENTERS PENSION TRUST FUND FOR
　　　　　　　　　　　　　　　　　　NORTHERN CALIFORNIA

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA  94501-1091
510.337.1001

1  Dated:  September 11, 2009

3                                   MURPHY AUSTIN ADAMS SCHOENFELD, LLP

5                            By:  //s// Dennis R. Murphy
                               DENNIS R. MURPHY
                               Attorneys for Defendant
6                                 LAWSON MECHANICAL CONTRACTORS

8                                        **[PROPOSED] ORDER**

9      IT IS SO ORDERED.

11  Dated:  9/15/2009

12

13                                 HONORABLE MARILYN H. PATEL
                               JUDGE OF THE U.S. DISTRICT COURT

*(Signed: Judge Marilyn H. Patel — IT IS SO ORDERED, United States District Court, Northern District of California)*

14  112453/543755

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA  94501-1091
510.337.1001

1  Dated: 9-11-09

MURPHY AUSTIN ADAMS SCHOENFELD, LLP

By: _____
DENNIS R. MURPHY
Attorneys for Defendant
LAWSON MECHANICAL CONTRACTORS

**[PROPOSED] ORDER**

IT IS SO ORDERED.

Dated: _____

_____
HONORABLE MARILYN HALL PATEL
JUDGE OF THE DISTRICT COURT

112453/543755

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA 94501-1091
510 337 1001

- 2 -